IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01538-AP

BRENDA S. WEBB,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:

        Rick P. Sauer, Esq.
        700 Macon Avenue
        Canon City, CO 81212
        (719) 275-7591 (telephone)
        (719) 275-6165 (facsimile number)

    **For Defendant:**

        TROY A. EID
        United States Attorney
        KURT BOHN
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202

    By:    Laura Ridgell-Boltz
        Special Assistant United States Attorney
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-1571
        (303) 844-0770 (facsimile)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: <u>August 7, 2006</u>
    B.    Date Complaint Was Served on U.S. Attorney's Office: <u>August 11, 2006</u>
    C.    Date Answer and Administrative Record Were Filed: <u>October 31, 2006.</u>

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

<u>**Plaintiff, to the best of her knowledge, states that the administrative record is complete and accurate.**</u>
<u>**Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.**</u>

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

<u>**Plaintiff will not submit additional evidence.**</u>
<u>**Defendant will not submit additional evidence.**</u>

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

<u>**Plaintiff, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**</u>
<u>**Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**</u>

**7. OTHER MATTERS**

<u>**Plaintiff has no other matters to bring to the attention of the court.**</u>
<u>**Defendant has no other matters to bring to the attention of the court.**</u>

**8. PROPOSED BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due:        <u>FEBRUARY 26, 2007.</u>
    B.    Defendant's Response Brief Due:    <u>MARCH 26, 2007.</u>
    C.    Plaintiff's Reply Brief (If Any) Due: <u>APRIL 5, 2007.</u>

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiff's Statement.**
    **Plaintiff does not request oral argument.**

    **B.  Defendant's Statement:**
    **Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.     (X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.     ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

**The parties agree that filing motions for extension of time or continuances will comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.**

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**

DATED this **15th day of December, 2006.**

                                          BY THE COURT:

                                          *S/John L. Kane*
                                          U.S. DISTRICT COURT JUDGE

**APPROVED:**

    **For Plaintiff:**

    **s/Rick P. Sauer      Date: 12/15/06**
    Rick P. Sauer, Esq.
    700 Macon Avenue
    Canon City, CO 81212

   (719) 275-7591 (telephone)
   (719) 275-6165 (facsimile number)
   ricksauer@msn.com

   **For Defendant:**

   TROY A. EID
   United States Attorney
   KURT BOHN
   Assistant United States Attorney

   **s/Laura Ridgell-Boltz   Date: 12/15/06**
By: Laura Ridgell-Boltz
   Special Assistant United States Attorney
   Social Security Administration
   1961 Stout Street, Suite 1001A
   Denver, Colorado  80294
   (303) 844-1571
   (303) 844-0770 (facsimile)
   laura.ridgell-boltz@ssa.gov